**Order entered July 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00261-CV

### RICHARD GOLDBERG, ET AL, Appellants

### V.

### EMR (USA HOLDINGS) INC., ET AL, Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14064**

## ORDER

Before Chief Justice Burns, Justice Brown, and Justice Partida-Kipness

In accordance with the Texas Supreme Court's opinion in *In re Geomet Recycling LLC*,

No. 18-0443, 2019 WL 2482125 (Tex. June 14, 2019), we **VACATE** our May 1, 2018 order

granting appellees' motion to lift stay and **DENY** the motion.

/s/    ROBBIE PARTIDA-KIPNESS
        JUSTICE